PEARL MURRAY, Appellant, *v.* JAN MURRAY, Respondent.

Argued October 8, 1951; decided December 6, 1951.

*Louis Jay Brecher* and *Maurice Freiman* for appellant.
*Harold M. Geller* and *Theodore Shulman* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.